1  **REICH RADCLIFFE & HOOVER LLP**
   Marc G. Reich (SBN 159936)
2  mgr@reichradcliffe.com
   Adam T. Hoover (SBN 243226)
3  adhoover@reichradcliffe.com
   4675 MacArthur Court, Suite 550
4  Newport Beach, CA 92660
   Phone: (949) 975-0512
5  Fax: (949) 208-2839

6  **LIFSHITZ & MILLER LLP**
   Joshua M. Lifshitz
7  jml@jlclasslaw.com
   821 Franklin Ave., Suite 209
8  Garden City, NY 11530
   Phone: (516) 493-9780
9  Fax: (516) 280-7376

10  Attorneys for Plaintiff

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

| TAMMY RAUL, Individually and on Behalf of All Others Similarly Situated, | Case No: 3:18-cv-00139 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| CAVIUM, INC. SYED B. ALI, BRAD W. BUSS, EDWARD H. FRANK SANJAY MEHROTRA, MADHAV V. RAJAN, ANTHONY S. THORNLEY, MARVELL TECHNOLOGY GROUP LTD., KAUAI ACQUISITION CORP., | |
| Defendants, | |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Tammy Raul ("Plaintiff") voluntarily dismisses this action without prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED:   April 5, 2018

**REICH RADCLIFFE &HOOVER LLP**
By:/s/ Adam T. Hoover
Adam T. Hoover

**LIFSHITZ & MILLER LLP**
Joshua M. Lifshitz
Attorneys for Plaintiff